UNITED STATES OF AMERICA
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER KERRY ROBERTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:05CV1920-SNL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Pursuant to a Memorandum Opinion filed this day,

**IT IS HEREBY ORDERED** that the motion of Walter Kerry Robertson under 21 U.S.C. § 2255 to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody is **DENIED**.

Dated this 30th day of January, 2007.

/s/ Stephen N. Limbaugh
SENIOR UNITED STATES DISTRICT JUDGE